# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:**<br><br>**George Bartholomew** | DISTRICT COURT CASE NUMBER: CV S- 09-00957 WBS<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION<br><br>[Bankruptcy Court Case Number: NO. 08-37797-D-13L] |

On March 25, 010, the Court issued an order to show cause why this action should not be dismissed for lack of prosecution. The Court ordered the parties to file a written response no later than April 8, 2010. As of today's date, no writtten response has been filed.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution.

IT IS SO ORDERED.

Dated: June 29, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE